```
                        United States Bankruptcy Court
                              District of Arizona
```

Grasky Endurance Coaching LLC,
         Plaintiff                                     Adv. Proc. No. 17-00807-BMW

GIBBS,
         Defendant

# CERTIFICATE OF NOTICE

District/off: 0970-4        User: mccormij           Page 1 of 1           Date Rcvd: Sep 24, 2018
                            Form ID: vanad011        Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 26, 2018.
pla            +Grasky Endurance Coaching LLC,    6448 N. Oracle Road,    Tucson, AZ 85704-5620
dft          ++++MICHAEL ALAN GIBBS,    1200 E RIVER RD APT 101,    TUCSON AZ  85718-5732
              (address filed with court:  MICHAEL ALAN GIBBS,    1200 E. RIVER ROAD #H101,    TUCSON, AZ  85718)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 26, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 24, 2018 at the address(es) listed below:
              DANIEL J. QUIGLEY    on behalf of Plaintiff    Grasky Endurance Coaching LLC dquigley@rllaz.com,
               vcastillo@rllaz.com
                                                                                             TOTAL: 1

FORM VAN−AD011
REVISED 06/14/2018

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

In re:                                               Case No.: 4:16−bk−08178−BMW

   MICHAEL ALAN GIBBS                    Chapter: 13

*Debtor(s)*

---

   Grasky Endurance Coaching LLC          Adversary No.: 4:17−ap−00807−BMW

*Plaintiff(s)*

v.

   MICHAEL ALAN GIBBS

*Defendant(s)*

# ORDER RE: POTENTIAL DISMISSAL

☑    There having been no proceedings for 6 or more months in the above captioned adversary proceeding, IT IS ORDERED that the parties to this action file a request for a status hearing at which good cause must be shown why this adversary proceeding should not be dismissed for want of prosecution. F.R.Civ.P. 41(b) as incorporated by FRBP 7041. Any request for a status hearing shall be filed no later than 21 days from the date of this order. If no such request is timely filed, this proceeding shall be dismissed for want of prosecution. If the clerk has entered a default, but no default judgment has been entered, an application for entry of default judgment and a form of judgment should be filed.

☐    No proof of service of the summons and complaint has been filed. Therefore, it appears that the plaintiff has failed to make service within 90 days after the filing of the complaint. IT IS ORDERED that the above−captioned adversary will be dismissed unless the plaintiff files a motion for an extension of time to make service setting forth good cause why service has not been made and submits a form of order granting the extension. F.R.Civ.P. 4(m) as incorporated by FRBP 7004(a)(1). The motion and form of order shall be submitted within 21 days of the date of this order.

☐    The above captioned adversary proceeding has been filed in a case which has been dismissed or closed. IT IS ORDERED that no further action will be taken until the case is reopened or reinstated. If a motion to reopen or to reinstate is not filed within thirty days of the date of this order, this adversary proceeding shall be dismissed.

**Date:** September 24, 2018                               BY THE COURT

**Address of the Bankruptcy Clerk's Office:**         HONORABLE Brenda Moody Whinery
U.S. Bankruptcy Court, Arizona                          United States Bankruptcy Judge
38 S. Scott Avenue
Tucson, AZ 85701−1704
Telephone number: (520) 202−7500
www.azb.uscourts.gov